**Order entered April 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00653-CV

**BRANCH BANKING AND TRUST COMPANY, Appellant**

**V.**

**TCI LUNA VENTURES, LLC AND TRANSCONTINENTAL REALTY INVESTORS, INC., Appellees**

**On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. dc-12-03653**

## ORDER

Appellees' March 25, 2013 Motion for rehearing is **DENIED**.


/David W. Evans/
DAVID W. EVANS
JUSTICE

D